UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>TERRI JEAN WINDHAM,<br><br>Debtor. | Case No. 09-18582 |
| UNITED STATES TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>TERRI JEAN WINDHAM,<br><br>Defendant. | Adversary Proceeding No. __-_____<br><br><br><br>COMPLAINT TO DENY DISCHARGE |

The United States Trustee, Robert D. Miller Jr., for claims against Terri Jean Windham, states as follows:

**JURISDICTION AND VENUE**

1. This is a complaint to deny the Defendant's discharge pursuant to 11 U.S.C. § 727(a).

2. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(J). Venue is proper pursuant to 28 U.S.C. § 1409(a).

**PARTIES**

3. The Plaintiff is the United States Trustee for Region 18, which includes the Western District of Washington. The United States Trustee has standing to bring this action under 28 U.S.C. § 586(a) and 11 U.S.C. §§ 307 and 727(c).

**Office of the United States Trustee**
**United States Courthouse**
**700 Stewart St., Suite 5103**
**Seattle, WA 98101-1271**
**206-553-2000, 206-553-2566 (fax)**

COMPLAINT TO DENY DISCHARGE - 1

| | |
|---|---|
| 1 | 4. The Defendant is the debtor in the above-referenced Chapter 7 bankruptcy case. |

**STATEMENT OF FACTS**

5. On August 21, 2009, the filed the above-referenced petition under Chapter of the Bankruptcy Code. John S. Peterson was appointed to serve as the Chapter 7 Trustee ("Trustee").

6. On October 8, 2004, the Defendant filed Case No. 04-23146 in the Western District of Washington.

7. On February 3, 2005, the Defendant received a discharge in that case.

**FIRST CLAIM FOR RELIEF**

**Denial of Discharge Pursuant to 11 U.S.C. § 727(a)(8)**

8. In violation of Section 727(a)(8), the Defendant seeks to receive a discharge within eight years of receiving a discharge under Chapter 7.

WHEREFORE, the United States Trustee requests the following relief:

A. That the Court enter a judgment denying the Defendant's discharge; and

B. For such other and further relief as the Court deems just and equitable.

DATED January 11, 2010.

ROBERT D. MILLER JR.
Acting United States Trustee

/s/ Thomas A. Buford III
Thomas A. Buford III, Missouri Bar #56460
Attorney for United States Trustee

Office of the United States Trustee
United States Courthouse
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

COMPLAINT TO DENY DISCHARGE - 2

Case 09-18582-TTG    Doc 41    Filed 01/11/10    Ent. 01/11/10 10:49:34    Pg. 2 of 2